In the Matter of ALEXANDER BROUNE, Petitioner, against GEORGE P. B. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Motion to dismiss proceeding granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

MARION DESATNEK v. ARTHUR DESATNEK.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.